*In re* María E. Gómez Velázquez.

*Número:* TS-4488      *Resuelto:* 7 de marzo de 2003

*Carmen H. Carlos, directora de la Oficina de Inspección de Notarías; María E. Gómez Velázquez, pro se.*

PER CURIAM: El 8 de marzo de 2002, la Lcda. Carmen H. Carlos, directora de la Oficina de Inspección de Notarías (ODIN), nos sometió un informe sobre el estado de la notaría de la Lcda. María E. Gómez Velázquez. Del referido informe surge la existencia de *múltiples y serias deficiencias* en los Protocolos de dicha notario correspondientes a los años 1997, 1998 y 1999, consistentes en falta de encuadernación; carencia de las firmas e iniciales de comparecientes, en particular de un testamento; falta de la firma de la propia notario; no cancelación de los sellos correspondientes, y la juramentación del testimonio de un hermano de la referida notario.

En vista de dicho Informe, mediante Resolución de 5 de abril de 2002, le concedimos un término a la licenciada

Gómez Velázquez para que se expresara al respecto.(¹) Reaccionando a dicha Resolución, la licenciada Gómez Velázquez, mediante moción de fecha 9 de mayo de 2002, le informó al Tribunal, en lo pertinente, que "todos los señalamientos [de la Oficina de Inspección de Notarías] *fueron corregidos, estando todo al día*".

En vista a ello, el 14 de junio de 2002, le concedimos un término a la Oficina de Inspección de Notarías para que se expresara sobre lo informado por la licenciada Gómez Velázquez. Mediante un escrito de 4 de noviembre de 2002, ODIN nos informó, en lo pertinente, que *no* era correcto que las deficiencias habían sido corregidas por la licenciada Gómez Velázquez y que se solicitaba del Tribunal que tomara "las acciones cautelares y correctivas que estime necesarias".

Ante esta situación, el 6 de diciembre de 2002 le concedimos el término de treinta días a la licenciada Gómez Velázquez para que corrigiera las deficiencias señaladas y para que mostrara "causa por la cual no debería ser disciplinada, *por haberle informado a este Tribunal que todos los señalamientos de deficiencias habían sido corregidos cuando esto no correspondía a la realidad*". (Énfasis suplido.)(²)

A pesar del tiempo transcurrido, la Lcda. María E. Gómez Velázquez *no* ha comparecido ante este Tribunal en cumplimiento de la Resolución emitida.

---

(¹) Dicha Resolución fue notificada a la notario por correo certificado, siendo recibida por la Sra. Julie Figueroa Díaz, quien, aparentemente, es la secretaria de la licenciada Gómez Velázquez.

(²) Dicha Resolución fue notificada a la notario por correo certificado, existiendo constancia de que fue efectivamente recibida, el 16 de diciembre de 2002, por la misma persona, esto es, la Sra. Julie Figueroa Díaz.

# I

Resulta obvio que a la Lcda. María E. Gómez Velázquez *no* le interesa continuar practicando la honrosa profesión de abogado en nuestra jurisdicción.

Reiteradamente hemos expresado que los abogados tienen la ineludible obligación de responder diligentemente a los requerimientos de este Tribunal y que no toleraremos la incomprensible y obstinada negativa de un miembro de nuestro foro de cumplir con las órdenes de este Tribunal. *In re Guemárez Santiago I*, 146 D.P.R. 27 (1998). En el presente caso existe un agravante adicional: la ausencia de una explicación satisfactoria respecto al hecho de haberle brindado a este Tribunal información que *no* es correcta; situación que no estamos en disposición de tolerar.

Por las razones antes expresadas, *procede separar, de forma inmediata e indefinida, del ejercicio de la profesión de abogado y de la notaría de la Lcda. María E. Gómez Velázquez, hasta que otra cosa disponga este Tribunal. Le imponemos a ésta el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, devolver cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del País. Deberá, además, certificarnos dentro del término de treinta días a partir de su notificación el cumplimiento de estos deberes. El Alguacil de este Tribunal procederá a incautarse de la obra notarial de María E. Gómez Velázquez, incluyendo su sello notarial, y entregarla a la Oficina de Inspección de Notarías para el correspondiente examen e informe a este Tribunal.*

*Se dictará Sentencia de conformidad.*

El Juez Presidente Señor Andréu García no intervino.